Joseph J. Bobin, appellee, v. Clarence W. Shaeffer and A. M. Schuenemann, appellants.    Gen. No. 29,334.

Replevin of automobile. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. Peter H. Schwaba, Judge, presiding. Heard in the first division of this court for the first district at the March term, 1924. Affirmed. Opinion filed October 20, 1924.

Short & Guenther and Joseph Z. Willner, for appellants; Charles V. Falkenberg, of counsel. Andrews & Cohen, for appellee.

Mr. Presiding Justice McSurely delivered the opinion of the court.

---

Agatha Ton, appellee, v. Earl De Young, appellant.    Gen. No. 29,359.

Action for breach of promise. Judgment for plaintiff. Appeal from the Superior Court of Cook county; the Hon. Marcus Kavanagh, Judge, presiding. Heard in the first division of this court for the first district at the March term, 1924. Reversed and remanded. Opinion filed October 20, 1924.

Claude J. Dalenberg and Charles P. Molthrop, for appellant. Harry S. Ditchburne and Charles A. Williams, for appellee.

Mr. Presiding Justice McSurely delivered the opinion of the court.

---

Correne Partee Osborne, appellee, v. Metropolitian Life Insurance Company, appellant.    Gen. No. 29,368.

Action upon policies of life insurance. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. Samuel H. Trude, Judge, presiding. Heard in the first division of this court for the first district at the March term, 1924. Reversed and remanded. Opinion filed October 20, 1924.

Hoyne, O'Connor & Rubinkam, for appellant. T. H. Johnson, for appellee.

Mr. Presiding Justice McSurely delivered the opinion of the court.

---

Maza D. Fischer, appellee, v. Charles Litt, appellant.    Gen. No. 29,040.

Action for personal injuries. Judgment for plaintiff. Appeal from the Superior Court of Cook county; the Hon. Hugo Pam, Judge, presiding. Heard in the first division of this court for the first district at the October term, 1923. Affirmed on remittitur. Opinion filed October 20, 1924. Remittitur filed October 21, 1924. Rehearing denied November 3, 1924. *Certiorari* denied by Supreme Court (making opinion final).

Jay Fred Reeve, for appellant. Folsom, Asay & Streeter, for appellee; Wallace Streeter, of counsel.

Mr. Justice Johnston delivered the opinion of the court.